(101 So. 920)

BIRMINGHAM R., LIGHT & POWER CO. et al. v. Bob ADAMS, pro ami. (6 Div. 277.) (Supreme Court of Alabama. Oct. 6, 1924.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Tillman, Bradley & Baldwin, of Birmingham, for appellants. Fred H. Woodard and W. A. Denson, both of Birmingham, for appellee.

PER CURIAM. Affirmed for $4,900, without penalty and interest, as per agreement on file.

(103 So. 918)

Fred W. BISHOP et al. v. P. D. BEVILLE SUPPLY CO. (1 Div. 349.) (Supreme Court of Alabama. April 9, 1925.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge.

PER CURIAM. Affirmed on certificate, on motion of appellee.

(103 So. 918)

D. D. CARDEN v. STATE ex rel. BRICKELL, Deputy Sol. (8 Div. 716.) (Supreme Court of Alabama. March 19, 1925.) Appeal from Circuit Court, Madison County; Osceola Kyle, Judge. R. E. Smith, of Huntsville, for appellant. Harwell G. Davis, Atty. Gen., for the State.

BOULDIN, J. Proceeding in equity to condemn an automobile alleged to have been used in transportation of prohibited liquors. The issue is one of fact. The decree of condemnation is affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

(103 So. 918)

F. J. CARROLL v. BIRMINGHAM POST CO. (6 Div. 320.) (Supreme Court of Alabama. March 19, 1925.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed by appellant.

(102 So. 917)

Ex parte Ada CHRISTIAN. (6 Div. 135.) (Supreme Court of Alabama. Jan. 22, 1925.) Petition for Certiorari to Circuit Court, Jefferson County.

SOMERVILLE, J. Petition dismissed by agreement.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

(101 So. 920)

Ex parte C. R. CLEMMONS. (8 Div. 690.) (Supreme Court of Alabama. Oct. 6, 1924.) Certiorari to Court of Appeals. Wert & Hutson, of Decatur, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of C. R. Clemmons for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Clemmons v. State, 20 Ala. App. 114, 101 So. 89. Dismissed for a noncompliance with amended rule 42, 198 Ala. xiv.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.

(101 So. 920)

Eva COLEMAN v. L. A. COLEMAN. (4 Div. 127.) (Supreme Court of Alabama. Nov. 5, 1924.) Appeal from Circuit Court, Houston County; H. A. Pearce, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(102 So. 917)

COUNTY COAL CO. OF ALABAMA v. Etta ODOM. (6 Div. 234.) (Supreme Court of Alabama. Nov. 25, 1924.) Appeal from Circuit Court, Jefferson County; Joe C. Hail, Judge.

PER CURIAM. Appeal dismissed by appellant.

(103 So. 918)

Ex parte Tide CREW. (6 Div. 399.) (Supreme Court of Alabama. March 26, 1925.) Certiorari to Court of Appeals. R. G. Redden, of Vernon, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

MILLER, J. Petition of Tide Crew for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Crew v. State, 102 So. 920. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(101 So. 920)

Ex parte Thomas E. CRUTCHER. (6 Div. 285.) (Supreme Court of Alabama. Oct. 30, 1924.) Certiorari to Court of Appeals. W. M. Woodall, of Birmingham, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J., Petition of Thomas E. Crutcher for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Crutcher v. State, 19 Ala. App. 529, 98 So. 652. Writ denied.

ANDERSON, C. J., and SAYRE and MILLER, JJ., concur.